UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CAUSE NO. 1:18-CR-54 DRL-SLC |
| ALI SULTAN, | |
| Defendant. | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the court on the findings and recommendation of Magistrate Judge Susan Collins filed on October 22, 2019 (ECF 104). On October 22, Mr. Ali Sultan pleaded guilty to counts 3 and 4 of the indictment charging him with distributing a controlled substance and possessing a firearm in furtherance of a drug trafficking crime. Mr. Sultan has not objected to the Magistrate Judge's findings and recommendation, so the court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the offenses charged in counts 3 and 4 of the twelve-count indictment is hereby accepted, and Mr. Sultan is adjudged guilty of such offenses.

SO ORDERED.

November 12, 2019

*s/ Damon R. Leichty*
Judge, United States District Court